UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TAIS HALL,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, June 9, 2008,** and responses to these motions shall be filed by **Monday, June 23, 2008.** It is

FURTHER ORDERED that counsel will request a hearing on all pending motions and final trial preparation conference if necessary. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 14, 2008, at 9:00 a.m. in courtroom A-1002.**

    Dated: May 14, 2008

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge