IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TAIS HALL,

    Defendant.

---

**ORDER**

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion for Decrease for Acceptance of Responsibility [doc. #21], filed December 3, 2008, is **GRANTED** and the Defendant, Tais Hall, shall receive the 3 level reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this 9th day of January, 2009.

                                  BY THE COURT:


                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL
                                  CHIEF UNITED STATES DISTRICT JUDGE